IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GEORGETTE SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-183 |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| LOUIS DEJOY, Postmaster General, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The March 12, 2021 Scheduling Order directed the parties to file a Joint Status Report by September 10, 2021, concerning the opportunity to engage in mediation prior to filing summary judgment motions. (Doc. no. 11.) The deadline for the parties to file the Joint Status Report as set forth in the Court's Scheduling Order has passed. However, no Joint Status Report has been filed. Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's March 12th Order on or before Friday, September 17, 2021.[1]

SO ORDERED this 13th day of September, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.