IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GEORGETTE SHAW,                          )
                                         )
      Plaintiff- Appellant,              )
                                         )   CASE NO.    1:20-CV-183
   V.                                    )
                                         )   Appeal No. 22-12200-JJ
UNITED STATES POSTAL SERVICE,            )
UNITED STATES POSTMASTER GENERAL,        )
                                         )
      Defendant - Appellee.              )
                                         )
                                         )
                                         )

O R D E R

The appeal Mandate in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this ___24th___ day of APRIL, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA